

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00696-CR & 04-16-00697-CR

David Kennard **VASBINDER** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-14-0000069 & CR-15-0000021
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on February 2, 2017. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on March 6, 2017. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court